No. 80–1106.  CASTELLI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 80–1116.  STANDARD REGISTER CO. *v.* GRAPHIC ARTS INTERNATIONAL UNION, LOCAL 508, O-K-I.  C. A. 6th Cir. Certiorari denied.

No. 80–1120.  PALMERI ET AL. *v.* UNITED STATES; and
No. 80–1271.  CAMPISANO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 630 F. 2d 192.

No. 80–1125.  BARTZ ET AL. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 80–1136.  DRUMMOND *v.* STAHL ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 80–1138.  MAYOR OF BALTIMORE ET AL. *v.* CROCKETT ET UX.  Ct. Sp. App. Md.  Certiorari denied.

No. 80–1179.  MATHEWS *v.* HANNAH, JUDGE, ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 80–1184.  McGEE *v.* ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 80–1223.  JONES *v.* UNITED STATES  C. A. 5th Cir. Certiorari denied.

No. 80–1265.  D'ANTIGNAC *v.* UNITED STATES; and
No. 80–1266.  WELCH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 628 F. 2d 428.

No. 80–1299.  MAZZA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 80–1309.  LEE *v.* LAW OFFICES OF ALIOTO ET AL.  C. A. 9th Cir.  Certiorari denied.